| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>Edmond M. George, Esquire<br>Michael D. Vagnoni, Esquire (pro hac vice)<br>Turner N. Falk, Esquire<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail:  edmond.george@obermayer.com<br>        michael.vagnoni@obermayer.com<br>        turner.falk@obermayer.com<br><br>Counsel to the Debtor<br>and Debtor in Possession | **Order Filed on November 27, 2021**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>              Debtor. | Chapter 11<br><br>Case No. 21-16520-JNP |
| ALUMINUM SHAPES, L.L.C.,<br><br>                 Plaintiff,<br><br>    v.<br><br>CONCRETE SUPPORT SYSTEMS, LLC,<br><br>                 Defendant. | ADVERSARY NO.<br>21-01398-JNP |

**ORDER GRANTING THE DEBTOR, ALUMINUM SHAPES, L.L.C.'S MOTION FOR AN ORDER APPROVING THE SETTLEMENT BY AND BETWEEN THE DEBTOR AND CONCRETE SUPPORT SYSTEMS, LLC**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 27, 2021**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page -2-**
**Debtor:**            **Aluminum Shapes, L.L.C.**
**Case No:**           **21-16520-JNP**
**Adversary No:**      **21-01398-JNP**
**Caption of Order:**  **Order Granting Debtor's Motion for an Order Approving the
                        Settlement By and Between the Debtor and Concrete Support Systems,
                        LLC**

---

Upon consideration of the motion of Plaintiff, the Debtor, Aluminum Shapes, L.L.C. (the

"Debtor") for an order approving the settlement by and between the Debtor and Concrete Support

Systems, LLC ("Concrete Support") (the "Motion")[1] and any response in opposition thereto; and

after notice and opportunity to be heard on the Motion; it is hereby

ORDERED as follows:

1.      The Motion is **GRANTED** in its entirety;

2.      The Settlement Agreement by and between the Debtor and Concrete Support is

hereby **APPROVED**; and

3.      Adversary Proceeding 21-01398-JNP is **DISMISSED WITH PREJUDICE**.

4.      The Debtor and Concrete Support are authorized to take all actions necessary to

effectuate and consummate the resolution contemplated by the Settlement Agreement, and the

execution and delivery of any documents, agreements, or other instruments.

5.      This Court shall retain jurisdiction to interpret and enforce the terms of the

Agreement and this Order.

---

[1] Capitalized terms used in this Order but not defined herein shall have the meanings ascribed to such terms in the
Motion.