Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

In Re:  Aluminum Shapes, L.L.C.
Debtor

Case No.: 21−16520−JNP
Chapter 11

Aluminum Shapes, L.L.C.
Plaintiff

v.

Concrete Support Systems, LLC
Defendant

Adv. Proc. No. 21−01398−JNP                         Judge: Jerrold N. Poslusny Jr.

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on November 27, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 9 − 4
ORDER GRANTING THE DEBTOR, ALUMINUM SHAPES, L.L.C.S MOTION FOR AN ORDER APPROVING THE SETTLEMENT BY AND BETWEEN THE DEBTOR AND CONCRETE SUPPORT SYSTEMS, LLC (Related Doc # 4). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/27/2021. (kvr)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 27, 2021
JAN: kvr

Jeanne Naughton
Clerk